# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| Williamson | Civil Action No. 6:19-01212 |
| Versus | Judge Michael J Juneau |
| Garber et al | Magistrate Judge Carol B Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss Under Rule 12(b)(6), filed by Defendant, Mark A. Garber, Rec. Doc. [26] is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this 8th day of July, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE